## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:16-CV-251-GCM

| | | |
|---|---|---|
| **DIRECTTV, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JUAN A. SANCHEZ,** *et al,* | ) | |
| **Defendants.** | ) | |
| | ) | |

 

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Christopher Joseph Hufnagel** filed May 20, 2016 [doc. # 2].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Hufnagel is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, DIRECTTV, LLC.

**IT IS SO ORDERED.**

Signed: May 23, 2016

Graham C. Mullen
United States District Judge