UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLNA
CHARLOTTE DIVISION

DIRECTV, LLC, a California limited liability company,

        Plaintiff,

v.

JUAN A. SANCHEZ and GRETCHEN SANCHEZ, Individually, and as officers, directors, shareholders and/or principals of TANAKAS GRILL & SUSHI, INC., d/b/a TANAKA'S GRILL & SUSHI,

and

TANAKAS GRILL & SUSHI, INC., d/b/a TANAKA'S GRILL & SUSHI,

        Defendants.

**ORDER**

Civil Action No.: 3:16-cv-00251

Having duly considered the Motion of Plaintiff, DIRECTV, LLC, for an Order granting Summary Judgment as to liability only against Defendants, Defendants, JUAN A. SANCHEZ and GRETCHEN SANCHEZ, Individually, and as officers, directors, shareholders, and/or principals of TANAKAS GRILL & SUSHI, INC., d/b/a TANAKA'S GRILL & SUSHI, and TANAKAS GRILL & SUSHI, INC., d/b/a TANAKA'S GRILL & SUSHI, and all attached exhibits, and Defendants' Opposition thereto, and all attached exhibits, it is hereby

ORDERED, that Summary Judgment is granted in favor of Plaintiff and against Defendants. It is further

ORDERED that Plaintiff shall submit authorities in support of damages it is entitled to in this matter within 45 days from the date of this Order.

Dated this 21st day of MARCH, 2017

HON. GRAHAM C. MULLEN
United States District Court