**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-cv-251-GCM**

| | |
|---|---|
| **DIRECTV, LLC,** ) | |
|        **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **JUAN A. SANCHEZ and** ) | |
| **GRETCHEN SANCHEZ,** *et al,* ) | |
|        **Defendants.** ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is RE-SET for **July 17, 2017** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: April 17, 2017

Graham C. Mullen
United States District Judge